RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Tel: (510)763-9967
Fax: (510)272-0711

Attorney for Defendant
NATHAN WOODARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

−ooo−

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KENNETH DEAN AFFOLTER, et al.,<br><br>　　　　　Defendants.　　　　　／ | No.  CR 06-00217 DLJ<br><br>**STIPULATION AND ORDER TO PERMIT OUT-OF-STATE TRAVEL** |

   IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for defendant Nathan Woodard and Assistant United States Attorney Dana Wagner that the terms of Mr. Woodard's pretrial release bond be modified to permit his out-of-district travel to Santa Fe, New Mexico from August 4, 2006-August 15, 2006. The purpose of this trip is to visit his fiancee's family.

///

///

///

Defense counsel has spoken to the Office of Pretrial Services about this matter and they have no objection. Mr. Woodard will provide his itinerary to Pretrial Services prior to his departure.

Dated: July____, 2006            ____/s/_____
                                      RANDY SUE POLLOCK
                                      Attorney for Defendant
                                      **NATHAN WOODARD**

Date: July_____, 2006            ____/s/_____
                                      DANA WAGNER
                                      Assistant United States Attorney

SO ORDERED: July 26, 2006

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Wayne D. Brazil, Judge Wayne D. Brazil]

_____
WAYNE D. BRAZIL
United States Magistrate Judge for
for D. LOWELL JENSEN
United States District Court Judge

2