1 | RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2 | 2831 Telegraph Avenue
Oakland, CA 94609
3 | Telephone: (510) 763-9967
Facsimile:  (510) 272-0711
4
Attorney for Defendant
5 | NATHAN WOODARD

**FILED**

JAN 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Nathan Manuel Woodard
    Defendants.

_____/

CR- 06-00217-DLJ

STIPULATION AND [~~PROPOSED~~]
ORDER CONTINUING SENTENCING
HEARING

It is hereby stipulated and agreed by Randy Sue Pollock, counsel for Nathan Woodard, and Dana Wagner, Assistant United States Attorney, that the sentencing hearing in the above-referenced matter be continued from January 19, 2007, to **March 2, 2007** at **10:00AM** before Judge D. Lowell Jensen.

///
///
///
///
///
///

Defense counsel has spoken to the Probation Office and this date is agreeable with them.

Dated: January 16, 2007

/s/ Randy Sue Pollock
RANDY SUE POLLOCK
Attorney for Defendant
NATHAN WOODARD

Dated: January 12, 2007

/s/ Dana Wagner
DANA WAGNER
Assistant United States Attorney

**IT IS SO ORDERED**

Dated: 1-16-07

D. LOWELL JENSEN
United States District Court Judge