```
SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

DANA R. WAGNER (CABN 209099)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7071
    Facsimile: (415) 436-7234

Attorneys for the United States
```

**FILED**

MAR 0 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 06-00217-9 DLJ |
|---|---|
| v. | ) [~~PROPOSED~~] SEALING ORDER |
| NATHAN WOODARD, | ) |
| Defendant. | ) |

Upon application of the United States, and good cause appearing therefor, IT IS HEREBY ORDERED that the United States's Sentencing Memorandum in the above-captioned matter be filed under seal until further notice of this Court.

IT IS SO ORDERED:

Dated: 3-1-07

D. LOWELL JENSEN
United States District Court