**FILED**

MAR 0 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



IN THE UNITED STATES DISTRICT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br> )<br>VS )<br> )<br>NATHAN MANUEL WOODARD )<br>Defendant. )<br> ) | Case No. CR–06–00217–09–DLJ<br><br>ORDER FOR<br>VOLUNTARY SURRENDER |

Defendant has requested permission to report voluntarily, at defendant's

own expense, to the federal institution designated by the Bureau of Prisons
for service of defendant's sentence:

IT IS HEREBY ORDERED THAT:

(1)    A stay of execution of defendant's sentence is GRANTED on the
conditions set forth below, and during the period of the stay, Defendant
shall remain at large on Defendant's present cognizance.

(2)    Defendant shall immediately report to the United States
Marshal's Office, Room 150C, 1301 Clay Street, Oakland , for further
instructions, which Defendant shall follow precisely.

(3)    As Notified by the United States Marshal, the Defendant shall
report to the federal institution designated by the Bureau of Prisons on or
before 2:00 p.m. on
____APRIL 19, 2007____. If there has been no designation made prior to the
surrender date, then the Defendant is to report to the above office of the
United States Marshal by 2:00 p.m. on the surrender date.

(4)    Any failure by Defendant to obey all requirements of this order
shall be punishable as a contempt.

**FAILURE TO APPEAR** as required in this Order constitutes a separate
offense, a violation of Section 3146 of Title 18, United States Code, and is
punishable by additional imprisonment of up to five years.

Dated: 3-2-07

_____
United States District Judge

cc:    U.S. Marshal, AUSA, Defense Attorney, Probation